1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO, CALIFORNIA

| | |
|---|---|
| ANNA BUTLER, | ) 1: 12-cv-01130-LJO-BAM |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER GRANTING APPLICATION |
| v. | ) TO PROCEED IN FORMA PAUPERIS |
| | ) |
| CITY OF FRESNO, *et al.*, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

On July 11, 2012, plaintiff Anna Butler ("Plaintiff") filed an application to proceed in forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**   **July 11, 2012**        /s/ **Barbara A. McAuliffe**
                    UNITED STATES MAGISTRATE JUDGE

1