1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

FRESNO, CALIFORNIA

9

| | | |
|---|---|---|
| ANNA BUTLER, | ) | 1: 12-cv-01130-LJO-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION |
| v. | ) | TO PROCEED IN FORMA PAUPERIS |
| | ) | |
| CITY OF FRESNO, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

10
11
12
13
14
15
16
17

On July 11, 2012, plaintiff Anna Butler ("Plaintiff") filed an application to proceed in

18
19

forma pauperis.  (Doc. 2.)  Having reviewed the in forma pauperis application, this court

20

GRANTS Plaintiff's application.

21

IT IS SO ORDERED.

22

**Dated:**   __July 11, 2012__      ___/s/ **Barbara A. McAuliffe**_____
                              UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

1